UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN CRUZ MARTINEZ,

    Petitioner,

v.

WARDEN, NORTH LAKE
CORRECTIONAL FACILITY, et al.,

    Respondents.
_____/

Case No. 1:25-cv-01741

Hon. Hala Y. Jarbou
Chief, U.S. District Judge

Hon. Ray Kent
U.S. Magistrate Judge

# **ORDER**

Pursuant to the parties' Stipulation to Dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Respondents are dismissed from this action;

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney fees.

Dated: December 17, 2025

/s/ Hala Y. Jarbou
_____
HALA Y. JARBOU
Chief United States District Judge